# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DUNG VAN NGUYEN,<br><br>            Petitioner,<br><br>   v.<br><br>A. HEDGPETH,<br><br>            Respondent. | NO. SACV 07-695-AHM (MAN)<br><br>ORDER ACCEPTING FINDINGS AND RECOMMENDATIONS OF UNITED STATED MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Second Amended Petition for Writ of Habeas Corpus, all of the records herein, and the Report and Recommendation of United States Magistrate Judge ("Report"). The time for filing Objections to the Report has passed, and no Objections have been filed. The Court accepts the findings and recommendations set forth in the Report.

IT IS ORDERED that: (1) the Petition is denied; and (2) Judgment shall be entered dismissing this action with prejudice.

1 | IT IS FURTHER ORDERED that the Clerk serve copies of this Order and
2 | the Judgment herein on the parties.
3 |
4 | LET JUDGMENT BE ENTERED ACCORDINGLY.
5 |
6 | DATED: December 2, 2011
7 |
8 |
   _____
9 |      A. HOWARD MATZ
       UNITED STATES DISTRICT JUDGE