**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| DUNG VAN NGUYEN, | ) NO. SACV 07-00695-AHM (MAN) |
| Petitioner, | ) |
| v. | ) JUDGMENT |
| A. HEDGPETH, | ) |
| Respondent. | ) |

Pursuant to the Court's Order Accepting Findings and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that this action is dismissed with prejudice.

DATED: December 2, 2011

　　　　　　　　　　　　　　　　　　A. HOWARD MATZ
　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

**JS-6**